# EXHIBIT A

https://researchga.tylerhost.net/CourtRecordsSearch/ViewCasePrint/e2cc86e891e04dd4ab8060406db7da7f

## Case Information

# Laidlaw Capital Investments, LLC, CANDIS CONLEY VS. ATHENE ANNUITY AND LIFE COMPANY, SELECT PORTFOLIO SERVICING, LLC, AAIA RML, LLC

25CV012027

#### Location
Fulton - Superior Court

#### Case Category
Civil

#### Case Type
EQUITY

#### Case Filed Date
8/28/2025

#### Judge
PAIGE WHITAKER

#### Case Status
Open

## Parties [5]

| Type | Name | Nickname/Alias | Attorneys |
|---|---|---|---|
| DEFENDANT | ATHENE ANNUITY AND LIFE COMPANY | | |
| DEFENDANT | SELECT PORTFOLIO SERVICING, LLC | | |
| DEFENDANT | AAIA RML, LLC | | |
| PLAINTIFF | Laidlaw Capital Investments, LLC | | GRIMES, KARON |
| PLAINTIFF | CONLEY, CANDIS | | GRIMES, KARON |

## Events [8]

| Date | Event | Index # | Type | Comments | Documents |
|---|---|---|---|---|---|
| 8/28/2025 | Filing | 1 | Plaintiff's Original Petition | FOR INJUNCTIVE RELIEF, TO SET ASIDE WRONGFUL FORECLOSURE, DAMAGES, AND DECLARATORY RELIEF | COMPLAINT.pdf |
| 8/28/2025 | Filing | 3 | CASE INITIATION FORM | REAL PROPERTY | CASE INITIATION FORM.pdf |
| 8/28/2025 | Filing | 2 | SUMMONS | FOR SERVICE | SUMMONS.pdf |
| 9/10/2025 | Filing | 4 | LEAVE OF ABSENCE | DWH Notice of Leave of Absence | LEAVE OF ABSENCE.pdf |
| 10/29/2025 | Filing | 5 | ORDER | REQUIRING SERVICE | ORDER.pdf |
| 10/30/2025 | Filing | 6 | AFFIDAVIT OF SERVICE | Affidavit of Service on AAIA RML LLC | AFFIDAVIT OF SERVICE.pdf |
| 10/30/2025 | Filing | 7 | AFFIDAVIT OF SERVICE | Affidavit of Service on Athene Annuity | AFFIDAVIT OF SERVICE.pdf |
| 10/30/2025 | Filing | 8 | AFFIDAVIT OF SERVICE | Affidavit of Service on Select Portfolio Servicing | AFFIDAVIT OF SERVICE.pdf |

© 2025 Tyler Technologies, Inc. | All Rights Reserved
Version: 2025.9.1.1579



Fulton County Superior Court
**EFILED**LW
Date 8/28/2025 7:01 PM
Ché Alexander, Clerk



# IN THE SUPERIOR COURT OF FULTON COUNTY, GEORGIA
### 136 PRYOR STREET, ROOM J2 C-103, ATLANTA, GEORGIA 30303
## SUMMONS

| LAIDLAW CAPITAL INVESTMENTS, LLC and CANDIS CONLEY | ) Case No.: 25CV012027 |
|---|---|
| **Plaintiff,** | |
| vs. | |
| ATHENE ANNUITY AND LIFE COMPANY, SELECT PORTFOLIO SERVICING, INC., and AAAIA RML, LLC | |
| **Defendant** | |

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to file electronically with the Clerk of said Court at https://efilega.tylertech.cloud/OfsEfsp/ui/landing (unless you are exempt from filing electronically) and serve upon plaintiff's attorney, whose name and address is:

An answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service; unless proof of service of this complaint is not filed within five (5) business days of such service. Then time to answer shall not commence until such proof of service has been filed. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

This ____8/28/2025____ day of _____, 20____

Honorable Ché Alexander, Clerk of Superior Court

By _Lisa N. Reyes_
Deputy Clerk

To defendant upon whom this petition is served:
This copy of complaint and summons was served upon you _____, 20____

Deputy Sherriff

**Instructions: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum is used**

# BAKER DONELSON

MONARCH PLAZA · SUITE 1500 · 3414 PEACHTREE ROAD N.E. · ATLANTA, GEORGIA 30326 ·
404.577.6000 · bakerdonelson.com

Fulton County Superior Court
**EFILED**QW
Date 9/10/2025 9:53 PM
Che Alexander, Clerk

**DYLAN W. HOWARD, ESQ.**
Direct Dial: 404-589-3406
Fax: 404-221-6501
E-Mail Address: dhoward@bakerdonelson.com

25CV012027

TO:         All Judges, Clerks of Court and Counsel of Record

FROM:   Dylan W. Howard, Esq.

RE:         NOTICE OF LEAVE OF ABSENCE

DATE:    September 10, 2025

COMES NOW Attorney Dylan W. Howard, attorney at law, and respectfully notifies all Judges before whom he has cases pending, all affected Clerks of Court, and all opposing counsel, that he will be on leave pursuant to Georgia Uniform Court Rule 16.

1.

Applicant is seeking the requested Leave for a family vacation. Applicant is seeking Leave for the following dates:

October 6, 2025 – October 24, 2025: family vacation.

2.

Applicant hereby certifies that, to Applicant's knowledge, said cases are not on a published calendar for the period of Leave that is requested. The actions for which protection is sought are listed on <u>Exhibit "A"</u> attached hereto and, by reference, incorporated herein.

3.

Pursuant to Georgia Uniform Court Rule 16, opposing counsel shall have ten (10) days from the date of this Notice of Leave of Absence to object to it, and all Judges shall have ten (10)

days from the date of this Notice of Leave of Absence to deny it.  If no objections are filed and no denials issued, this Leave shall automatically stand as granted.

Respectfully submitted this 10th day of September, 2025.

/s/ Dylan W. Howard
Dylan W. Howard
Georgia Bar No. 370267

BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, P.C.
Monarch Plaza Suite 1500
3414 Peachtree Road NE
Atlanta, GA 30326
Phone: 404-577-6000
Fax: 404-221-6501

## CERTIFICATE OF SERVICE

This is to certify that I have this date served the foregoing Notice of Leave of Absence upon all Clerks, Judges, and opposing counsel listed on the attached Exhibit "A" via the online filing system which will automatically send email notifications to all counsel of record and by depositing a copy of the same in the United States Mail with adequate postage affixed to ensure delivery.

This 10th day of September, 2025.

/s/ Dylan W. Howard
Dylan W. Howard

BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, P.C.
Monarch Plaza Suite 1500
3414 Peachtree Road NE
Atlanta, GA 30326
Phone: 404-577-6000
Fax: 404-221-6501

**Exhibit "A"**

| Case Name and CAFN | Judge/Clerk of Court – via electronic service | Counsel – via electronic service/*Pro Se via USPS* |
|---|---|---|
| Tony L. Ware v. Fidelity Acceptance Corp., et al.<br><br>98CV4132-1 | Honorable Brian E. Lake<br>c/o feshaw@dekalbcountyga.gov<br><br>DeKalb County Superior Court Clerk | Dr. Tony L. Ware, PhD, JD<br>P.O. Box 150524 – Dept. 0227<br>Atlanta, GA  30315-0188<br><br>M. Laughlin Allen<br>mlallen@mcguirewoods.com |
| Josephine Cooper v. Laneicha Wiggins Trent v. Josephine Cooper<br><br>22CV00036 | Honorable Jimmie H. Brown<br>c/o stephanieswjc@gmail.com<br><br>Sumter County Superior Court Clerk | Kathryn Fowler Moore<br>410 West Lamar Street<br>P.O. Box 488<br>Americus, GA  31709 |
| Steven E. Langford, d.b.a. E.S.P. Company v. Big Springs Holding Company, et al.<br><br>23-CV-0405 | Honorable C. Jephson Bendinger<br>c/o abrewer@coweta.ga.us<br><br>Troup County Superior Court Clerk | Nathan T. Lee, Esq.<br>nlee@gloverdavis.com<br>Michael H. Hill, Esq.<br>mhill@gloverdavis.com<br><br>W. Luther Jones<br>1004 Broad Street<br>LaGrange, GA  30240<br><br>Paul S. Mallory<br>112 Deal Drive<br>LaGrange, GA  30240 |
| David K. Shanyfelt v. Wells Fargo Home Mortgage, Inc., et al.<br><br>14CV-0939-2 | Honorable David L. Dickinson<br>c/o aaanderson@forsythco.com<br><br>Forsyth County Superior Court Clerk | KaRon Grimes, Esq.<br>jubileecounsel@gmail.com |

4

| | | |
|---|---|---|
| Freedom Mortgage Corporation v. Synovus Bank, et al.<br><br>SUV2023001434 | Honorable Nina Markette Baker<br>c/o telder@troupcountyga.gov<br><br>Coweta County Superior Court Clerk | Greg S. Krivo<br>gregory.krivo@mccalla.com<br><br>Michael S. King<br>kingm@gtlaw.com<br>Simone Ford<br>Simone.Ford@gtlaw.com<br>Peter K. Lacina<br>lacinap@gtlaw.com<br>Morgan E. Jones<br>Morgan.Jones@gtlaw.com |
| Kenneth Williams v. Fay Servicing, LLC<br><br>24-M-44848 | Presiding Judge<br>c/o Honorable Clerk<br><br>Gwinnett County Magistrate Court Clerk | Kenneth Williams<br>1307 Raintree Dr. SW<br>Snellville, GA  30078 |
| Robert Elder, a/k/a Robert L. Elder v. Rasheeda Ramos, a/k/a Rasheeda Laton Ramos, a/k/a Rasheeda Laton Ramos Davenport, et al.<br><br>24-CV-001096 | Honorable Jane C. Barwick<br>c/o Cynthia.chapman@fultoncountyga.gov<br><br>Fulton County Superior Court Clerk | Rick Alembik<br>General_mailbox@alembik.com<br><br>Brooke W. Gram<br>bgram@balch.com<br>Katherine K. Carey<br>kcarey@balch.com<br><br>Torrey Elder<br>1396 Plaza Ave., SW<br>Atlanta, GA  30310 |

| | | |
|---|---|---|
| Anthony Henry v. Oceans Exotic Auto, LLC, et al.<br><br>2023CV389620 | Honorable Rachel R. Krause<br>c/o Chiquita.johnson@fultoncountyga.gov<br><br>Fulton County Superior Court Clerk | Oceans Exotic Auto, LLC<br>c/o Margaret E. Boxil, R.A.<br>182 Rivergate Court<br>Jonesboro, GA  30238<br><br>Oceans Exotic Auto, LLC<br>c/o Margaret E. Boxil, R.A.<br>564 Foundry St., NW, Apt.8<br>Atlanta, GA  30314<br><br>W. Reese Willis, III<br>rwillis@aldridgepite.com |
| Gary Kemp, et al. v. Horace Fedrick, et al.<br><br>2022CV366631 | Honorable Emily K. Richardson<br>c/o Lisha.clark@fultoncountyga.gov<br><br>Fulton County Superior Court Clerk | James P. Blum, Jr.<br>jim@blumcampbell.com |
| IC Industrial REIT v. Professional Parts Group, LLC<br><br>22-C-05168-S3 | Honorable Carla E. Brown, Chief Judge<br>c/o sebastian.suma@gwinnettcounty.com<br><br>Gwinnett County State Court Clerk | Kimberly B Reeves<br>kimberly@caiolarose.com |
| Jonathan W. Cook v. Firstkey Master Funding 2021-A Collateral Trust<br><br>2023-CV-059 | Honorable Denise D. Fachini<br>c/o kpurdy@eighthdistrict.org<br><br>Wilcox County Superior Court Clerk | David Forehand<br>David@dforehandlaw.com |
| The Bank of New York Mellon, Successor Trustee to JPMorgan Chase Bank, National v. Joseph Senn, and all others<br><br>22ED245077 | Honorable Linda Borsky<br>c/o Honorable Clerk<br><br><br><br>Fulton County Magistrate Court | William Jeffrey Barnes, PHV<br>jeff@wjbarneslaw.com<br><br>Robert A. Chambers<br>Rachamberslaw@aol.com |

| | | |
|---|---|---|
| Charles Tomlin v. Bank of America National Association<br><br>SUCV2025002037 | Honorable Danielle P. Roberts<br>c/o tmosley@co.henry.ga.us<br><br>Henry County Superior Court | Charlie Tomlin<br>P.O. Box 356<br>Toccoa, GA  30577 |
| Henry v. Parkway Law Group LLC<br><br>24-A-06418-2 | Honorable Tracie H. Cason<br>c/o lisa.alt@gwinnettcounty.com<br><br>Gwinnett County Superior Court | Peter Hall<br>Peter.hall@hklaw.com<br>John Hamrick<br>John.hamrick@hklaw.com<br><br>Zack Lewis<br>zlewis@boviskyle.com |
| Filius Accipitris Express Trsut v. NewRez LLC D/B/A Shellpoint Mortgage Servicing<br><br>25CV00484 | Honorable Cynthia C. Adams<br>c/o jspicer@douglascountyga.gov<br><br>Douglas County Superior Court | Richard Nau, Trustee<br>Filius Accipitris Express Trust<br>2599 Grayton Loop<br>Villa Rica, GA  30180 |
| Phuong Nguyen v. Bank of America Corporation, et al.<br><br>21CV5002 | Honorable Courtney Johnson<br>c/o MLCampbell@dekalbcountyga.gov; TCMoore1@dekalbcountyga.gov<br><br><br>DeKalb County Superior Court | Jennifer R. Burbine<br>jburbine@mcguirewoods.com<br><br>Will Tate<br>William.tate@mccalla.com<br><br>Greg Godsey<br>ggodsey@thegodseyfirm.com<br>Steve McConnell<br>steve@mcconnelllaw.com<br><br>Keith Anderson<br>kanderson@babc.com |
| Bibbins v. All my Sons of Atlanta III, LLC<br><br>25-C-01971-S1 | Honorable Emily J. Brantley<br>c/o Sarah.Reynolds@gwinettcounty.com<br><br>Gwinnett County State Court | Bradley Moody<br>Bmoody7@gmail.com |

| | | |
|---|---|---|
| Hagans v. Cenlar FSB<br><br>22CV00024 | Honorable William H. McClain<br>c/o acooke@douglascountyga.gov<br><br><br>Douglas County Superior Court | Linda Faye Hagans<br>1104 Carrington Parkway<br>Villa Rica, GA  30180 |
| Tax Commissioner of Cherokee County v. Margaret Post, et al.<br><br>24CVE2312 | Honorable Jennifer Davis<br>c/o orowland@brjc.net<br><br><br>Cherokee County Superior Court | Bradley A. Hutchins<br>bradh@weissman.law<br>D. Andrew Folkner<br>andrewf@weissman.law<br><br>John C. Clark<br>jclark@clarklawgroup.com<br><br>Margaret Post and/or<br>His or Her Known or Heirs at Law<br>532 Gregory Lane<br>Acworth, GA  30102<br><br>Secretary of Housing and Urban Development<br>4510 Seventh St., SW<br>Washington, DC 20410 |
| Liadlaw Capital Investments, LLC, et al. v. Athene Annuity and Life Company, et al.<br><br>25CV012027 | Honorable Paige Whitaker<br>c/o teberh.buggs@fultoncountyga.gov<br><br>Fulton County Superior Court | KaRon Grimes<br>jubileecounsel@gmail.com |
| Judy Onyeama, et al. v. Select Portfolio Servicing, LLC<br><br>25-A-03576-10 | Honorable Warren P. Davis<br>c/o bahar.graveran@gwinnettcounty.com<br><br>Gwinnett County Superior Court | Judy Onyeama<br>Destiny Ogbu<br>2293 Worrell Hill Dr.<br>Duluth, GA  30096 |

| | | |
|---|---|---|
| HSBC Bank USA, National Association v. Angela Hasan and All Others<br><br>2023V-1127 | Honorable W. Fletcher Sams<br>c/o tstarr@fayettecountyga.gov<br><br>Fayette County Superior Court | Greg. S. Krivo<br>Greg.Krivo@mccalla.com |

9

Fulton County Superior Court
***EFILED***MH
Date: 10/30/2025 2:23 PM
Che Alexander, Clerk

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| LAIDLAW CAPTIAL INVESTMENTS LLC<br>and CANDIS CONLEY<br>    Plaintiffs,<br><br>vs.<br><br>ATHENE ANNUITY AND LIFE COMPANY,<br>SELECT PORTFOLIO SERVICING INC.,<br>and AAIA RMI LLC<br>    Defendants, | CIVIL ACTION NO. 25CV012027 |

### AFFIDAVIT OF SERVICE UPON ATHENE ANNUITY AND LIFE COMPANY

Personally appeared before me, an officer duly authorized by law to administer oaths, the person of NOREI SMITH, who after first being duly sworn, and states:

1. My name is NOREI SMITH, and I am competent in all respects to testify regarding the matter set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of the above action an am not related to any of the parties.

2. I am a resident of the State of Georgia and a citizen of the United States of America and am over the age of twenty-one (21). I have been assigned to perfect service of process of the pending Summons and Complaint, upon ATHENE ANNUITY AND LIFE COMPANY.

3. On Oct 30, 2025 at approx. 8:42 a.m. at Thompson, O'Brien, Kappler, & Nasuti P.C., located at 2 Sun Court, Suite 400, Peachtree Corners, GA 30092, I served the SUMMONS; VERIFIED COMPLAINT FOR INJUNCTIVE RELIEF, TO SET ASIDE WRONGFUL FORECLOSURE, DAMAGES, AND DECLATORY JUDGEMENT; GENERAL CIVIL AND DOMESTIC RELATIONS CASE FILING INFORMATION FOR; and NOTICE OF LEAVE OF ABSENCE, upon ATHENE ANNUITY AND LIFE COMPANY, by placing said documents in the hands of an African American female, approx. 40-45 yrs old, with dark hair pulled into a ponytail, approx. 5'5" approx. 160 lbs., who identified herself as ALICIA SMITH. ALICIA is an administrative assistant authorized to accept documents at THOMPSON, O'BRIEN, KAPPLER, & NASUTI, P.C on behalf of and as registered agent for service of process upon ATHENE ANNUITY AND LIFE COMPANY.

This 30th day of Oct, 2025

_____
Norei Smith, Process Server

Sworn to and subscribe before me
This 30th day of Oct, 2025

_____
Notary Public, My Commission Expires on __05/19/2029__

Akhenaton Royes
NOTARY PUBLIC
COBB COUNTY, GEORGIA
My Commission Expires 05/19/2029

Fulton County Superior Court
***EFILED***MH
Date: 10/30/2025 2:21 PM
Che Alexander, Clerk

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| LAIDLAW CAPTIAL INVESTMENTS LLC<br>and CANDIS CONLEY<br>    Plaintiffs,<br><br>vs.<br><br>ATHENE ANNUITY AND LIFE COMPANY,<br>SELECT PORTFOLIO SERVICING INC.,<br>and AAIA RMI LLC<br>    Defendants, | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 25CV012027<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF SERVICE UPON AAIA RMI LLC

Personally appeared before me, an officer duly authorized by law to administer oaths, the person of NOREI SMITH, who after first being duly sworn, and states:

1. My name is NOREI SMITH, and I am competent in all respects to testify regarding the matter set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of the above action an am not related to any of the parties.

2. I am a resident of the State of Georgia and a citizen of the United States of America and am over the age of twenty-one (21). I have been assigned to perfect service of process of the pending Summons and Complaint, upon AAIA RMI LLC.

3. On Oct 30, 2025 at approx. 8:42 a.m. at Thompson, O'Brien, Kappler, & Nasuti P.C., located at 2 Sun Court, Suite 400, Peachtree Corners, GA 30092, I served the SUMMONS; VERIFIED COMPLAINT FOR INJUNCTIVE RELIEF, TO SET ASIDE WRONGFUL FORECLOSURE, DAMAGES, AND DECLATORY JUDGEMENT; GENERAL CIVIL AND DOMESTIC RELATIONS CASE FILING INFORMATION FOR; and NOTICE OF LEAVE OF ABSENCE, upon AAIA RMI LLC, by placing said documents in the hands of an African American female, approx. 40-45 yrs old, with dark hair pulled into a ponytail, approx. 5'5" approx. 160 lbs., who identified herself as ALICIA SMITH. ALICIA is an administrative assistant authorized to accept documents at THOMPSON, O'BRIEN, KAPPLER, & NASUTI, P.C on behalf of and as registered agent for service of process upon AAIA RMI LLC.

This 30th day of Oct, 2025

_____
Norei Smith, Process Server

Sworn to and subscribe before me
This 30th day of Oct, 2025

_____
Notary Public, My Commission Expires on  05/19/2029

Akhenaton Royes
NOTARY PUBLIC
COBB COUNTY, GEORGIA
My Commission Expires 05/19/2029

Fulton County Superior Court
***EFILED***MH
Date: 10/30/2025 2:25 PM
Che Alexander, Clerk

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| LAIDLAW CAPTIAL INVESTMENTS LLC<br>and CANDIS CONLEY<br>    Plaintiffs,<br><br>vs.<br><br>ATHENE ANNUITY AND LIFE COMPANY,<br>SELECT PORTFOLIO SERVICING INC.,<br>and AAIA RMI LLC<br>    Defendants, | )<br>)<br>)<br>)  CIVIL ACTION NO. 25CV012027<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF SERVICE UPON SELECT PORTFOLIO SERVICING INC.**

Personally appeared before me, an officer duly authorized by law to administer oaths, the person of NOREI SMITH, who after first being duly sworn, and states:

1. My name is NOREI SMITH, and I am competent in all respects to testify regarding the matter set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of the above action an am not related to any of the parties.

2. I am a resident of the State of Georgia and a citizen of the United States of America and am over the age of twenty-one (21). I have been assigned to perfect service of process of the pending Summons and Complaint, upon SELECT PORTFOLIO SERVICING INC.

3. On Oct 30, 2025 at approx. 8:42 a.m. at Thompson, O'Brien, Kappler, & Nasuti P.C., located at 2 Sun Court, Suite 400, Peachtree Corners, GA 30092, I served the SUMMONS; VERIFIED COMPLAINT FOR INJUNCTIVE RELIEF, TO SET ASIDE WRONGFUL FORECLOSURE, DAMAGES, AND DECLATORY JUDGEMENT; GENERAL CIVIL AND DOMESTIC RELATIONS CASE FILING INFORMATION FOR; and NOTICE OF LEAVE OF ABSENCE, upon SELECT PORTFOLIO SERVICING INC., by placing said documents in the hands of an African American female, approx. 40-45 yrs old, with dark hair pulled into a ponytail, approx. 5'5" approx. 160 lbs., who identified herself as ALICIA SMITH. ALICIA is an administrative assistant authorized to accept documents at THOMPSON, O'BRIEN, KAPPLER, & NASUTI, P.C on behalf of and as registered agent for service of process upon SELECT PORTFOLIO SERVICING INC.

This 30th day of Oct, 2025

_____
Norei Smith, Process Server

Sworn to and subscribe before me
This 30th day of Oct, 2025

_____
Notary Public, My Commission Expires on 05/19/2029

Akhenaton Royes
NOTARY PUBLIC
COBB COUNTY, GEORGIA
My Commission Expires 05/19/2029

Fulton County Superior Court
***EFILED***TV
Date: 10/29/2025 11:09 AM
Che Alexander, Clerk

IN THE SUPERIOR COURT OF FULTON COUNTY

STATE OF GEORGIA

| | |
|---|---|
| LAIDLAW CAPITAL INVESTMENTS, LLC, CANDIS CONLEY<br><br>    Plaintiff(s),<br><br>    v.<br><br>ATHENE ANNUITY and LIFE COMPANY, SELECT PORTFOLIO SERVICING, LLC, AAIA RML, LLC<br><br>    Defendant(s), | CIVIL ACTION FILE NO.<br><br>25CV012027 |

ORDER REQUIRING SERVICE

This matter comes before the Court upon the above-styled complaint/petition, which was originally filed on August 28, 2025. Upon a review of the record, the Court finds that the complaint has not been served pursuant to O.C.G.A. § 9-11-4 and is subject to dismissal. Failure of Plaintiff to perfect service on any Defendant(s) not previously served and to file proof of same with the Court may result in the dismissal of this action without further notice, for failure to prosecute, against each Defendant not served with process.

This Order shall not wave or bar any defenses which may be raised by any Defendant(s).

SO ORDERED this 28th day of October 2025.

_____
HONORABLE PAIGE REESE WHITAKER
FULTON SUPERIOR COURT

*Service via e-filing system*

Page 1 of 1